MELINDA L. HAAG
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MA BBO 670079
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON M. JONES, | Case No. 3:15-cv-01900-WHO |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | FOR A FIRST EXTENSION FOR |
| | DEFENDANT TO RESPOND TO |
| CAROLYN W. COLVIN, | PLAINTIFF'S MOTION FOR SUMMARY |
| Acting Commissioner of Social Security, | JUDGMENT (FIRST REQUEST) |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to fil a response to the Plaintiff's Motion for Summary Judgment, and this Court's scheduling order shall be adjusted accordingly:

- Defendant shall serve and file any opposition or counter-motion on or before December 4, 2015; and

- Plaintiff may serve and file a reply within fourteen days of service of defendant's opposition or counter-motion (on or before December 18, 2015).

Good cause exists to grant an extension because the Defendant's counsel has a high workload and requires additional time to respond to Plaintiff's Motion for Summary Judgment.

|   |   |
|---|---|
|   | Respectfully submitted, |

Date: October 29, 2015                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                           By:    */s/ Lawrence D. Rohlfing* *
                                                           LAWRENCE D. ROHLFING

                                                        Attorney for Plaintiff
                                                        *By email authorization on 10/28/2015

Date: October 29, 2015                 MELINDA L. HAAG
                                                        United States Attorney
                                              By:    /s/ *Marcelo Illarmo*
                                                        MARCELO ILLARMO
                                                        Special Assistant United States Attorney
                                                        Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 3, 2015          _____

                                                  HONORABLE WILLIAM H. ORRICK
                                                  UNITED STATES DISTRICT COURT JUDGE